**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6637**

---

JAMES E. WILLIAMS, JR.,

Plaintiff - Appellant,

versus

JOHN TAYLOR, Warden; SERGEANT COX,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge. (CA-94-780-R)

---

Submitted:  September 5, 1996      Decided:  September 17, 1996

---

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James E. Williams, Jr., Appellant Pro Se.  Jill Theresa Bowers, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint alleging excessive force in the context of a cell transfer. Applying the standard set forth by this Court in Norman v. Taylor, 25 F.3d 1259 (4th Cir. 1994) (in banc), cert. denied, 63 U.S.L.W. 3538 (U.S. Jan. 17, 1995) (No. 94-6011), we find that Appellant has demonstrated only de minimis injury, and therefore cannot prevail in this claim. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED